IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPHINE PARRAZ,

    Plaintiff,

vs.                                              Civ. No. 01-204 LFG/WWD ACE

MANZANO DEL SOL,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court as a result of a Motion to Extend Discovery Deadlines filed November 5, 2001, and a telephone conference with counsel on November 6, 2001. Plaintiff's counsel has accepted a position with the New Mexico Workers' Compensation Administration, and will no longer be able to represent Plaintiff. Plaintiff desires to have some time in which to retain new counsel, and to complete certain discovery which had been contemplated; namely, the deposition of Plaintiff and one other person. In order to accommodate this without disrupting the present trial schedule, I have agreed to give the Plaintiff ten (10) days in which to seek new counsel, with the understanding that no discovery will be conducted until November 30, 2001, notwithstanding the fact that discovery is scheduled to end on November 14, 2001. On November 30, 2001, or shortly thereafter, I will contact counsel to ascertain whether Plaintiff has retained new counsel, and what would be a reasonable schedule for completing

discovery. In the interim, I will deny the pending Motion to Extend Discovery Deadlines without prejudice and with the understanding that the matter may be revisited.

    **IT IS SO ORDERED**.

                                                                                                                        
UNITED STATES MAGISTRATE JUDGE